05-11321-WGY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Condoleezza Rice
Secretary of State
US Department of State
2201 C Street, NW
Washington, DC
20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Debbie R.
C. Date of Delivery: 7/11/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7002 2410 0003 5835 2060

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
2201 C Street, NW
Washington, DC
20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Duncan
C. Date of Delivery: 7-11-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7002 2410 0003 5835 2077

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

JUNE 28, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

05-11321-WGY

## RETURN OF SERVICE

*I this day SERVED the within named*   CONDOLEEZZA RICE
SECRETARY OF STATE
US ATTORNEY OFFICE

*by delivering to*   TRAN OANH, RECEPTIONIST, OFFICE OF
ATTORNEY GENERAL, 12:55 PM

**X**   *in hand*

No.   ONE COURTHOUSE WAY
in the   BOSTON   *District of said*   SUFFOLK   *County an attested*
copy of the SUMMONS AND COMPLAINT

Service and travel   28

*it being necessary I actually used a motor vehicle in the distance of*
10   *miles in the service of this process*

William B. Murphy
Process Server

June 29, 2005

**RETURN OF SERVICE**  *05-11321-WGY*

*I this day SERVED the within named*       CONDOLEEZZA RICE
SECRETARY OF STATE
US DEPARTMENT OF STATE

*by delivering to*       CONDOLEEZZA RICE

*by certified mail return receipt required*

*No.* 2201 C STREET NW
*in the* WASHINGTON *District of said* DISTRICT OF COLUMBIA *County an attested copy of the* SUMMONS AND COMPLAINT

Jennifer Crawford as Process Server

June 29, 2005

05-11321-WGY

**RETURN OF SERVICE**

*I this day SERVED the within named*     U.S. DEPARTMENT OF STATE

*by delivering to*     U.S. DEPARTMENT OF STATE

by certified mail return receipt required

*No.* 2201 C STREET NW
*in the* WASHINGTON *District of said* DISTRICT OF COLUMBIA *County an attested copy of the* SUMMONS AND COMPLAINT

_____
Jennifer Crawford as Process Server