## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENGIDASHET W. GEBRE,<br><br>Plaintiff,<br><br>v.<br><br>CONDOLEEZA RICE, as Secretary of State, and DEPARTMENT OF STATE,<br><br>Defendants. | **Civil Action No. 05-11321-WGY** |

### **DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Engidashet W. Gebre, an Ethiopian national, filed a complaint in this Court on June 23, 2005, to compel the issuance of an immigrant visa on the basis of the immigrant diversity visa program. Mr. Gebre was issued an immigrant visa as a diversity applicant on August 20, 2002. During the application process, Tiringo T. Tegebelu, Mr. Gebre's wife, appeared with him and applied for an immigrant Diversity Visa as his spouse. Her application was denied. Plaintiff is now requesting a mandamus order to issue an immigrant visa to his wife.

As explained in the accompanying Memorandum In Support, the Defendants respectfully move to dismiss pursuant to Fed. R. Civ. P. 12, for failure to state a claim upon which relief can be granted, and lack of jurisdiction due to mootness.

                                      Respectfully submitted,

                                      Secretary of State an the Department of State

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Anton P. Giedt 4/14/2006
        Anton P. Giedt
        Assistant U.S. Attorneys
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiff's counsel in an effort to resolve the issues addressed in this motion.

                                      /s/ Anton P. Giedt
                                      Anton P. Giedt
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                      Boston, Massachusetts
                                                                                                 DATE: April 14, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record through Electronic Filing.

                                        /s/ Anton P. Giedt
                                        Anton P. Giedt
                                        Assistant U.S. Attorney