UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENGIDASHET W. GEBRE,<br><br>        Plaintiff,<br><br>    v.<br><br>CONDOLEEZA RICE, in her<br>capacity as Secretary of State,<br>and THE DEPARTMENT OF STATE,<br><br>        Defendants. | CIVIL ACTION<br>NO. 05-11321-WGY |

ORDER

YOUNG, D.J.                                              July 19, 2006

 The Court has carefully considered the law in light of the parties' briefs and presentations at oral argument.  Because this case is on the September running trial list, the Court hereby informs the parties that it will ALLOW the Secretary's and the Department's Motion to Dismiss [Doc. No. 7].  The Court, however, is preparing a memorandum opinion in this matter.  Judgement will enter upon the filing of that memorandum.

                                            /s/ William G. Young
                                            WILLIAM G. YOUNG
                                            DISTRICT JUDGE